NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVAYA INC., DELL INC., SONY CORPORATION OF AMERICA, AND HEWLETT-PACKARD CO.,**
*Appellants,*

v.

**NETWORK-1 TECHNOLOGIES, INC. (formerly known as Network-1 Security Solutions, Inc.),**
*Appellee.*

---

2014-1782, -1783, -1784, -1785

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00071, IPR2013-00385, and IPR2013-00495.

---

**ON MOTION**

---

**O R D E R**

Network-1 Security Solutions, Inc. moves without opposition to amend the caption to reflect their current name, Network-1 Technologies, Inc.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21