**2014-1782, -1783, -1784, -1785**

# United States Court of Appeals
### for the
# Federal Circuit

AVAYA INC.,

*Appellant,*

*v.*

NETWORK-1 TECHNOLOGIES, INC.,

*Appellee.*

*Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board*

**APPELLANTS' UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE THEIR INITIAL BRIEFS**

Pursuant to Federal Circuit Rule 26(b), Appellants Avaya Inc., Dell Inc., Sony Corporation of America, and Hewlett Packard Co. ("Appellants") respectfully request a thirty-one (31) day extension of time, to and including January 9, 2015, within which to file their initial briefs. Currently, Appellants initial briefs are due on December 9, 2014. Counsel for Avaya Inc. has conferred with counsel for Appellee Network-1 Technologies, Inc. ("Network-1"), and Network-1 does not oppose this motion.

Pursuant to Federal Circuit Rule 26(b)(1), this motion is being made more than seven (7) days prior to the date sought to be extended. This is Appellants' second request for an extension of time relating to their initial briefs, and the second request for an extension of time in this appeal. The Court previously granted a forty-two (42) day extension for Appellants' initial briefs. Pursuant to Federal Circuit Rule 26(b)(5), this motion is supported by the Declaration from Jeffrey D. Sanok, counsel for Appellant Avaya, Inc.

Good cause exists for this extension because all of the parties are participating in the Federal Circuit Mediation Program with the last appellant (Dell Inc.) scheduled to mediate on December 18, 2014. Appellants believe that the postponement of the filing of the initial briefs will facilitate discussions of the mediation sessions, and will increase the possibility that settlement may be reached among the parties.

Accordingly, Appellants respectfully requests that the Court grant this unopposed motion for an extension of time in which to file their initial briefs.

December 2, 2014						Respectfully submitted,

/s/  Jeffrey D. Sanok
JEFFREY D. SANOK
BRIAN M. KOIDE
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500 (Telephone)
(202) 628-5116 (Facsimile)

jsanok@crowell.com
bkoide@crowell.com

JONATHAN M. LINDSAY
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, CA 92614-8505
(949) 263-8400 (Telephone)
(949) 263-8414  (Facsimile)
jlindsay@crowell.com

*Counsel for Appellant Avaya Inc.*


/s/   Thomas M. Dunham (with consent)
THOMAS M. DUNHAM
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
202-282-5852 (Telephone)
202-282-5100 (Facsimile)
tdunham@winston.com

KIMBALL RICHARD ANDERSON
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
312-558-5858 (Telephone)
kanderson@winston.com

MICHAEL J. SCHEER, ESQ., -
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
212-294-6700 (Telephone)
mscheer@winston.com

*Counsel for Appellant Dell Inc.*

/s/ Lionel M. Lavenue (with consent)
LIONEL M. LAVENUE
DANIEL CRAIG COOLEY
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
571-203-2700 (Telephone)
202-408-4400 (Facsimile)
lionel.lavenue@finnegan.com
daniel.cooley@finnegan.com

*Counsel for Appellant Sony Corporation of America*

/s/ Robert J. Walters (with consent)
Robert J. Walters
McDermott, Will & Emery LLP
500 North Capitol Street, NW
Washington, DC 20001
202-383-0773 (Telephone)
HP1-IPR@mwe.com
*Counsel for Appellant Hewlett Packard Co.*

# CERTIFICATE OF INTEREST

Counsel for Appellant Avaya Inc. certifies the following:

1. The full name of every party or amicus represented by me is:

   Avaya Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

   Avaya Inc.

3. All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

   Avaya Inc. is owned by parent company, Avaya Holdings Corp., a company formed and owned by affiliates of TPG Capital and Silver Lake Partners, and by members of management.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   <u>Crowell & Moring LLP</u>:  Jeffrey D. Sanok, Brian M. Koide, Jonathan M. Lindsay, and Scott L. Bittman

   <u>The Dacus Firm, PC</u>:  Deron R Dacus and Shannon Dacus

December 2, 2014

Respectfully submitted,
 /s/ Jeffrey D. Sanok
Jeffrey D. Sanok
Crowell & Moring LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500 (Telephone)
(202) 628-5116 (Facsimile)
jsanok@crowell.com

*Counsel for Avaya Inc.*

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Dell Inc. v. Network-1 Security Solutions Inc.

No. 14-1783

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party)
Dell Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:
Dell Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
Dell Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
As of October 29, 2013, Dell is a privately held corporation and its direct parent company is Denali Intermediate Inc. There is no publicly held company owning 10% or more of Denali Intermediate Inc.'s stock.

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:
Winston & Strawn LLP: Thomas M. Dunham, Michael J. Scheer, Kimball R. Anderson, and J. Michael Woods

September 12, 2014
Date

Signature of counsel
Thomas M. Dunham
Printed name of counsel

Please Note: All questions must be answered
cc: None

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Avaya Inc. v. Network-1 Security Solutions

No. 2014-1782, -1783, -1784, -1785

## Certificate of Interest

Counsel for Sony Corporation of America certifies the following:

1. The full name of every party or amicus represented by me is:

    Sony Corporation of America

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Sony Corporation of America

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Sony Corporation of America is an indirect, wholly owned subsidiary of Sony Corporation. No other publicly held corporation owns 10% or more of Sony Corporation of America or Sony Corporation.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
    Lionel M. Lavenue
    Daniel C. Cooley
    Erika Arner

Date: September 12, 2014

/s/ Lionel M. Lavenue
Lionel M. Lavenue

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Hewlett-Packard Co.    v.   Network-1 Security Solutions

No. 14-1785

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Hewlett-Packard Company certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Hewlett-Packard Company

_____

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

_____

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

None

_____

4. ☑ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

McDermott Will & Emery LLP: Robert J. Walters and Charles J. Hawkins

_____

September 12, 2014                    /s/ Robert J. Walters
        Date                              Signature of counsel
                                       Robert J. Walters
                                       Printed name of counsel

Please Note: All questions must be answered
cc: _____

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 25(b) and (d), I hereby certify that on this 2nd day of December, 2014, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System and caused a true and correct copy to be sent via e-mail to:

> Gregory S. Dovel
> Sean Luner
> Dovel & Luner, LLP
> 201 Santa Monica Boulevard
> Suite 600
> Santa Monica, CA 90401
> greg@dovellaw.com
> luner@dovellaw.com
>
> Robert G. Mukai
> Buchanan Ingersoll & Rooney P.C.
> Firm: 703-836-6620
> 1737 King Street
> Alexandria, VA 22314
> robert.mukai@bipc.com

                                                   /s/ Jeffrey D. Sanok
                                                 Jeffrey D. Sanok
                                                 Crowell & Moring LLP
                                                 1001 Pennsylvania Avenue, N.W.
                                                 Washington, D.C.  20004
                                                 (202) 624-2995 (Telephone)
                                                 (202) 628-5116 (Facsimile)
                                                 jsanok@crowell.com

**2014-1782, -1783, -1784, -1785**

# United States Court of Appeals
## for the
## Federal Circuit

AVAYA INC.,

*Appellant,*

*v.*

NETWORK-1 TECHNOLOGIES, INC.,

*Appellee.*

*Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board*

### DECLARATION FROM JEFFREY D. SANOK

I, Jeffrey D. Sanok, declare and state as follows under penalty of perjury:

1. I am a member of the bar of this Court, and am the principal attorney of record for Appellant Avaya, Inc. ("Avaya"). I submit this declaration pursuant to Federal Circuit Rule 26(b)(5) in support of Appellants' Second Unopposed Motion for an Extension of Time to File Their Initial Briefs.

2. The Court has selected this set of consolidated appeals for participation in the Federal Circuit Mediation Program. The parties have scheduled the last mediation on December 18, 2014.

Signed under penalty of perjury pursuant to 28 U.S.C. §1746.

Dated: December 2, 2014                 /s/ Jeffrey D. Sanok
                                        Jeffrey D. Sanok

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 25(b) and (d), I hereby certify that on this 2nd day of December 2014, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System and caused a true and correct copy to be sent via e-mail to:

Gregory S. Dovel
Sean Luner
Dovel & Luner, LLP
201 Santa Monica Boulevard
Suite 600
Santa Monica, CA 90401
greg@dovellaw.com
luner@dovellaw.com

Robert G. Mukai
Buchanan Ingersoll & Rooney P.C.
Firm: 703-836-6620
1737 King Street
Alexandria, VA 22314
robert.mukai@bipc.com

    /s/ Jeffrey D. Sanok
Jeffrey D. Sanok
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 624-2995 (Telephone)
(202) 628-5116 (Facsimile)
jsanok@crowell.com