NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVAYA INC., DELL INC., SONY CORPORATION OF AMERICA, HEWLETT-PACKARD CO.,**
*Appellants*

v.

**NETWORK-1 SECURITY SOLUTIONS, INC.,**
*Appellee*

---

2014-1782, -1783, -1784, -1785

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00495.

---

**ON MOTION**

---

**O R D E R**

Appellants move without opposition for a 31-day extension of time, until January 9, 2015, to file their opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

  December 5, 2014              /s/ Daniel E. O'Toole
       Date                     Daniel E. O'Toole
                                Clerk of Court

m2