NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AVAYA INC., DELL INC., SONY CORPORATION OF AMERICA, HEWLETT-PACKARD CO.,**
*Appellants*

v.

**NETWORK-1 SECURITY SOLUTIONS, INC.,**
*Appellee*

---

14-1782
(Serial nos. IPR2013-00071, IPR2013-00385, IPR2013-00495 )

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board.

---

ON MOTION

O R D E R

Upon consideration of the appellee's unopposed motion to extend time to file appellee's principal brief until March 04, 2015,

IT IS ORDERED THAT:

The motion is granted.

                              FOR THE COURT

February 11, 2015                /s/ Daniel E. O'Toole
                                      Daniel E. O'Toole
                                      Clerk of Court

cc: Kimball Richard Anderson
Scott Bittman
Daniel Craig Cooley
David Henry Dolkas
Gregory S. Dovel
Thomas M. Dunham
Brian M. Koide
Lionel M. Lavenue
Jonathan M. Lindsay
Sean Luner
Robert G. Mukai
Jeffrey Sanok
Michael J. Scheer
Robert J. Walters
Robert J. Walters
James Michael Woods