# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

14-1782 - Avaya Inc. v. Network-1 Technologies, Inc.

## RESPONSE BRIEF

## ORDER

The foregoing, having been received and examined is not in compliance with the rules of this court and is therefore rejected for filing at this time.

A corrected brief or appendix must be filed within 14 days from the date of this order or there could be adverse consequences. **Please read this letter carefully as some of the items may not apply to your appeal.**

The deficiencies are set forth in the attached listing. The following shall apply when making corrections:

1. The corrected brief must have the word "CORRECTED" on the cover.
2. The corrected version must be served on all counsel.
3. The corrected version must be accompanied by a new proof of service.
4. The deficiencies cited in this order must be the only changes made to the brief or appendix.

Calculation for the next filing starts from the mail service date of the original version, not the corrected version.

FOR THE COURT

March 09, 2015

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

cc: Kimball Richard Anderson
Scott Bittman
Daniel Craig Cooley
David Henry Dolkas
Thomas M. Dunham
Brian M. Koide
Lionel M. Lavenue
Jonathan M. Lindsay
Jeffrey Sanok
Michael J. Scheer
Robert J. Walters
Robert J. Walters
James Michael Woods

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## 14-1782 - Avaya Inc. v. Network-1 Technologies, Inc.

The RESPONSE BRIEF has been rejected for following reasons:

- The brief does not include consolidated appeals on the cover.
    - Include 14-1782, 14-1783, 14-1784, 14-1785 on the cover.