**2014-1782, -1783, -1784, -1785**

# United States Court of Appeals
### for the
# Federal Circuit

---

AVAYA INC., DELL INC., SONY CORPORATION OF
AMERICA, and HEWLETT-PACKARD CO.,

*Appellants,*

*v.*

NETWORK-1 TECHNOLOGIES, INC. (formerly
known as Network-1 Security Solutions, Inc.),

*Appellee.*

*Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos.
IPR2013-00071, IPR2013-000385 and IPR2013-00495*

**NOTICE OF CHANGE OF FIRM AND ADDRESS FOR COUNSEL TO HEWLETT-PACKARD COMPANY**

.      Please take notice that counsel for Appellant, Hewlett-Packard Company, Robert J. Walters and Charles J. Hawkins are no longer with McDermott Will & Emery LLP and are now with Paul Hastings LLP located at 875 15th Street, N.W., Washington, DC 20005.  The new contact information for Robert J. Walters and Charles J. Hawkins is below.

David H. Dolkas of McDermott Will & Emery LLP will continue as counsel for Hewlett-Packard Company as well.

April 2, 2015                                   Respectfully submitted,


/s/  Robert J. Walters

ROBERT J. WALTERS
CHARLES J. HAWKINS
PAUL HASTINGS LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1700 (telephone)
(202) 551-1705 (facsimile)
robertwalters@paulhastings.com
charleshawkins@paulhastings.com

*Counsel for Appellant Hewlett-Packard Co.*

1

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 25(b) and (d), I hereby certify that on this 2nd day of April, 2015, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System and caused a true and correct copy to be sent via e-mail to all counsel of record..

    /s/Robert J. Walters
Robert J. Walters
Paul Hastings LLP
875 15th Street, N.W.
Washington, D.C. 20005
(202) 551-1700 (Telephone)
(202) 551-1705 (Facsimile)
robertwalters@paulhastings.com