**2014-1782, -1783, -1784, -1785**

# United States Court of Appeals
## for the
# Federal Circuit

AVAYA INC., DELL INC., SONY CORPORATION OF AMERICA, AND HEWLETT-PACKARD CO.,

*Appellants*,

*v.*

NETWORK-1 TECHNOLOGIES, INC.,
(formerly known as Network-1 Security Solutions, Inc.)

*Appellee.*

*Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00071, IPR2013-00385, AND IPR2013-00495*

**APPELLANTS' CONSENTED MOTION FOR LEAVE TO FILE CORRECTED JOINT APPENDIX AND CORRECTED REPLY BRIEF**

Pursuant to Federal Circuit Rule 27, Appellants Avaya Inc., Dell Inc., Sony Corporation of America, and Hewlett Packard Co. ("Appellants") respectfully seek leave to file a corrected reply brief and corrected joint appendix. Oral argument is currently set for August 5, 2015. Counsel for Avaya Inc. ("Avaya") has conferred with counsel for Appellee Network-1 Technologies, Inc. ("Network-1"), and Network-1 has consented to this motion.

Appellants seek leave to file a Corrected Reply Brief of Appellants that makes the following changes to the appendix citations:

a.  On page 14, first line, change "A2867¶106" to "A2857¶106".

b.  On page 32, ninth line, change "A2245-46(226:14-227:1)" to "A2445-46(226:14-227:1)".

Appellants also seek to file a Corrected Joint Appendix to add A1000-63, A2427, and A2445-46.

Good cause exists for this motion as the reply brief contains inadvertent references to the wrong joint appendix page numbers as stated above and the underlying paragraph number and page-line numbers will remain unchanged. Good cause exists for this motion to correct the joint appendix as both sides' briefs reference A1000-63, and the omission was inadvertent. A2445-46 is being added to reference the proper appendix citation to the transcript referenced in paragraph b above. A2427 is the cover page corresponding to A2445-46.

Accordingly, Appellants respectfully request that the Court grant this consented motion to file a Corrected Reply Brief and a Corrected Joint Appendix as set forth above.

July 31, 2015                              Respectfully submitted,

                                              /s/ Jeffrey D. Sanok
JEFFREY D. SANOK
BRIAN M. KOIDE
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004-2595
(202) 624-2500 (Telephone)
(202) 628-5116 (Facsimile)
jsanok@crowell.com
bkoide@crowell.com

*Counsel for Appellant Avaya Inc.*

/s/ Thomas M. Dunham (with consent)
THOMAS M. DUNHAM
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
202-282-5852 (Telephone)
202-282-5100 (Facsimile)
tdunham@winston.com

*Counsel for Appellant Dell Inc.*

/s/ Lionel M. Lavenue (with consent)
DANIEL CRAIG COOLEY
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190
571-203-2700 (Telephone)
202-408-4400 (Facsimile)
daniel.cooley@finnegan.com

*Counsel for Appellant Sony Corporation of America*

<u>/s/   Robert J. Walters (with consent)   </u>
Robert J. Walters
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
202-551-1700 (Telephone)
202-551-0449 (Facsimile)
robertwalters@paulhastings.com

*Counsel for Appellant Hewlett Packard Co.*

# **CERTIFICATE OF INTEREST**

Counsel for Appellant Avaya Inc. certifies the following:

1.     The full name of every party or amicus represented by me is:

Avaya Inc.

2.     The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Avaya Inc.

3.     All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

Avaya Inc. is owned by parent company, Avaya Holdings Corp., a company formed and owned by affiliates of TPG Capital and Silver Lake Partners, and by members of management.

4.     The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

<u>Crowell & Moring LLP</u>:  Jeffrey D. Sanok, Brian M. Koide, Jonathan M. Lindsay, and Scott L. Bittman

<u>The Dacus Firm, PC</u>:  Deron R Dacus and Shannon Dacus

| | |
|---|---|
| July 31, 2015 | Respectfully submitted,<br> /s/ Jeffrey D. Sanok<br>Jeffrey D. Sanok<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>(202) 624-2500 (Telephone)<br>(202) 628-5116 (Facsimile)<br>jsanok@crowell.com<br><br>*Counsel for Avaya Inc.* |

**2014-1782, -1783, -1784, -1785**

# United States Court of Appeals
### for the
# Federal Circuit

---

AVAYA INC., DELL INC., SONY CORPORATION OF
AMERICA, and HEWLETT-PACKARD CO.,

*Appellants,*

*v.*

NETWORK-1 TECHNOLOGIES, INC. (formerly
known as Network-1 Security Solutions, Inc.),

*Appellee.*

*Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in Nos.
IPR2013-00071, IPR2013-000385 and IPR2013-00495*

## AMENDED CERTIFICATE OF INTEREST

Counsel for Appellant Hewlett-Packard Company certifies the following:

1. The full name of every party or amicus represented by me is:

    Hewlett-Packard Company.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Hewlett-Packard Company.

3. All parent corporations and any publicly held companies that own 10% or more of the stock of the party or amicus curiae represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    Paul Hastings LLP: Robert J. Walters and Charles J. Hawkins
    McDermott Will & Emery LLP: David H. Dolkas

April 2, 2015                    Respectfully submitted,

  /s/ Robert J. Walters
Robert J. Walters
Paul Hastings LLP
875 15th Street, NW
Washington, DC 20005
(202) 551-1700 (Telephone)
(202) 551-1705 (Facsimile)
robertwalters@paulhastings.com

David H. Dolkas
McDermott Will & Emery LLP
275 Middlefield Road, Suite 100
Menlo Park, CA 92614
(650) 815-7400
ddolkas@mwe.com

*Counsel for Hewlett-Packard Company*

Form 9

FORM 9. Certificate of Interest

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Dell Inc.      v. Network-1 Security Solutions Inc.

No. 14-1783

## CERTIFICATE OF INTEREST

Counsel for the (petitioner) (appellant) (respondent) (appellee) (amicus) (name of party) Dell Inc. certifies the following (use "None" if applicable; use extra sheets if necessary):

1. The full name of every party or amicus represented by me is:

Dell Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

Dell Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

As of October 29, 2013, Dell is a privately held corporation and its direct parent company is Denali Intermediate Inc. There is no publicly held company owning 10% or more of Denali Intermediate Inc.'s stock.

4. ☐ The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

Winston & Strawn LLP: Thomas M. Dunham, Michael J. Scheer, Kimball R. Anderson, and J. Michael Woods

September 12, 2014
Date

Signature of counsel
Thomas M. Dunham
Printed name of counsel

Please Note: All questions must be answered
cc: _____

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Avaya Inc. v. Network-1 Security Solutions

No. 2014-1782, -1783, -1784, -1785

### Certificate of Interest

Counsel for Sony Corporation of America certifies the following:

1. The full name of every party or amicus represented by me is:

    Sony Corporation of America

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:

    Sony Corporation of America

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:

    Sony Corporation of America is an indirect, wholly owned subsidiary of Sony Corporation. No other publicly held corporation owns 10% or more of Sony Corporation of America or Sony Corporation.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

    FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, LLP
    Lionel M. Lavenue
    Daniel C. Cooley
    Erika Arner

Date: September 12, 2014                    /s/ Lionel M. Lavenue
                                            Lionel M. Lavenue

# CERTIFICATE OF SERVICE

Pursuant to Federal Rules of Appellate Procedure 25(b) and (d), I hereby certify that on this 31st day of July 2015, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Federal Circuit using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

> Gregory S. Dovel
> Sean Luner
> Dovel & Luner, LLP
> 201 Santa Monica Boulevard
> Suite 600
> Santa Monica, CA 90401
> greg@dovellaw.com
> luner@dovellaw.com

> /s/ Jeffrey D. Sanok
> Jeffrey D. Sanok
> Crowell & Moring LLP
> 1001 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> (202) 624-2995 (Telephone)
> (202) 628-5116 (Facsimile)
> jsanok@crowell.com